No. 80–5648.  FENNELL v. UNITED STATES; and

No. 80–5656.  WRIGHT v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.  Reported below: 626 F. 2d 494.

No. 80–5651.  WILLIAMS v. BORDENKIRCHER, WARDEN. Sup. Ct. App. W. Va.  Certiorari denied.

No. 80–5668.  BATIMANA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 80–5669.  THORNHILL v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 80–5670.  TAYLOR v. UNITED STATES; and

No. 80–5680.  MAULDIN v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.  Reported below: 636 F. 2d 1204.

No. 80–5673.  DEVINCENT v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 80–5676.  HAMPTON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 80–5690.  TIERNAN v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 80–5695.  BANCROFT ET AL. v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 80–5701.  MONTGOMERY v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 80–416.  MERCK & CO., INC. v. STAATS, COMPTROLLER GENERAL OF THE UNITED STATES, ET AL.  C. A. D. C. Cir. Certiorari before judgment denied.  JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–434.  SMITHKLINE CORP. v. STAATS, COMPTROLLER GENERAL OF THE UNITED STATES, ET AL.  C. A. 3d Cir.  Certiorari before judgment denied.  JUSTICE STEWART took no part in the consideration or decision of this petition.